

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00262-CV
_____

IN THE INTEREST OF M.R.M., A CHILD

_____

On Appeal from the 110th District Court
Briscoe County, Texas
Trial Court No. 3372, Honorable Jack M. Graham, Presiding

_____

December 6, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, D.M.,[1] appeals an order of the trial court terminating his parental rights to M.R.M., his eight-year-old daughter. D.M.'s appointed counsel has filed a brief in conformity with *Anders v. California* rendering his professional opinion that any issue that could be raised on appeal is frivolous and without legal merit. *See* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). D.M.'s counsel avers that he has zealously reviewed the record in this matter and can find no arguable points of appeal. Counsel has filed a motion to withdraw and provided D.M. with a copy of the brief. Further, counsel has advised D.M. that he has the right to file a *pro se* response to the *Anders*

---

[1] To protect the parent's and child's privacy, we refer to them by initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2012); TEX. R. APP. 9.8(b).

brief. The Court has likewise advised D.M. of this right. D.M. has not favored the Court with a response.

This Court has long held that an appointed attorney in a termination case might discharge his professional duty to his client by filing a brief in conformity with the *Anders* process. *See In re A.W.T.*, 61 S.W.3d 87, 88-89 (Tex. App.—Amarillo 2001, no pet.). Likewise, other intermediate appellate courts have so held. *See Sanchez v. Tex. Dep't of Family and Protective Servs.*, No. 03-10-00249-CV, 2011 Tex. App. LEXIS 2162, at *1, Tex. App.—Austin March 24, 2011, no pet.) (mem. op.); *In re L.K.H*, No. 11-10-00080-CV, 2011 Tex. App. LEXIS 1706, at *2-4, Tex. App—Eastland March 10, 2011, no pet.) (mem. op.); *In re D.D.*, 279 S.W.3d 849, 849-50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 326-27 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

We have conducted our own review of the record in this matter and have come to the conclusion that there are no arguable points of appeal. *See In re A.W.T.,* 61 S.W.3d at 89. We, therefore, grant counsel's motion to withdraw. We remind counsel that D.M. has the right to file a *pro se* petition for review to the Texas Supreme Court. Finally, having found no arguable points of appeal requiring reversal, we affirm the judgment of the trial court.

Mackey K. Hancock
Justice